# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

EDWARD J. O'DONNELL,

        Petitioner

        v.

ALLEGHENY COUNTY NORTH TAX
COLLECTION COMMITTEE, AND
BOROUGH OF FOX CHAPEL AND FOX
CHAPEL AREA SCHOOL DISTRICT,

        Respondents

: No. 27 WAL 2021
:
:
:
: Cross Petition for Allowance of
: Appeal from the Order of the
: Commonwealth Court
:
:
:
:
:
:
:
:
:

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 27th day of April, 2021, the Cross Petition for Allowance of Appeal is **DENIED**.